UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR-S-97-236 |
| v. | ) |
| Cole B. Cloninger, | ) |
| Defendant. | ) |

**ORDER TO VACATE JUDGMENT DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for April 30, 2015 @ 9:30 am be granted.

DATED this day of 9th day of April, 2015.

United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

/s/ ROGER W. WENTHE
ROGER W. WENTHE
Assistant United States Attorney